CHARLES W. MANSIER, Respondent, v. EQUITABLE SURETY COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.